FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2026

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON L. STEVENSON,<br><br>    Plaintiff,<br><br>    v.<br><br>EMPLOYMENT SECURITY DEPT.,<br><br>    Defendant. | No. 2:26-cv-00022-SAB<br><br>**ORDER OF REMAND** |

Before the Court are Plaintiff's Motion for Leave to File Amended Complaint, ECF No. 7, and Defendant's Motion to Remand, ECF No. 9. Plaintiff is appearing pro se. Defendant is represented by Marya E. Colignon and Nicholas Quijas. The Motions were considered without oral argument.

Plaintiff ostensibly removed this matter from Spokane County Superior Court on January 15, 2026. However, the Ninth Circuit has explicitly held that the right to remove a state case to federal court is limited to defendants. *Am. Int'l Underwriters (Philippines), Inc. v. Cont'l Ins. Co.*, 843 F.2d 1253, 1260 (9th Cir. 1988); *see also* 28 U.S.C. § 1441. Section 1441(a) ("any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the *defendant* or the *defendants*") (emphasis added).

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **REMANDED to Spokane County Superior Court**.

**ORDER OF REMAND # 1**

2.  Defendant's Motion to Remand, ECF No. 9, is **GRANTED**.

3.  Plaintiff's Motion for Leave to File Amended Complaint, ECF No. 7, is **DISMISSED AS MOOT**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 17th day of February 2026.



Stan Bastian
Chief United States District Judge

**ORDER OF REMAND # 2**